**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX FIRST AMENDED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SHARON BURGHER                                Case No.: 14-36959-BKC-PGH

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $243.37 for months 1 to 12;
B. $340.39 for months 13 to 30; and
C. $349.94 for months 31 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $4,425.00  TOTAL PAID $1,000.00
   Base Fee $3,500.00 plus $150.00
   Motion to strip arrears: $775.00
   Balance Due $3,425.00, payable $61.25/ mo. (Mos 1 to 12)
                      payable $149.45/mo. (Mos. 13 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Oakmont Village HOA/Madison Green Master Assn          Regular: $50.00/mo (Mos 1 to 60)
Brett Elam PA                                          Arrears to be stripped by court order
105 S. Narcissus Ave. #802
West Palm Beach FL 33401

Madison Green Master Association, Inc.                 Regular $110.00/mo. (Mos. 1 to 60)
Rosenbaum Mollengarden PLLC                            Arrears to be stripped by court order
250 South Australian Avenue
Suite 500
West Palm Beach, FL 33401

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Oakmont Village HOA 12773 West Forest Hill Blvd, #1212 Wellington FL 335414 (arrears only) | 1735 Annadale Circle Royal Palm Beach FL 33411 value: $461,000.00 | 0 | 0 | 0 | 0 |
| Flagstar Bank attn: Bankruptcy Department 5151 Corporate Dr. Troy MI 48098 #1847 | 1735 Annadale Circle Royal Palm Beach FL 33411 value: $461,000.00 | 0 | 0 | 0 | 0 |

LF-31 (rev. 01/08/10)

| | | | | | | |
|---|---|---|---|---|---|---|
| Madison Green Master Association, Inc.<br>Rosenbaum Mollengarden PLLC<br>250 South Australian Avenue<br>Suite 500<br>West Palm Beach, FL 33401 | 1731 Stonehaven Circle<br>Royal Palm Beach FL 33411<br>value: $461,000.00 | 0 | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507] -

Unsecured Creditors: Pay $158.13/mo. (Mos. 31 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to modify mortgage with Nationstar (#4992).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

SHARON BURGHER, Debtor

Dated: 6/29/15

LF-31 (rev. 01/08/10)