UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case No. 14-36959-PGH
Sharon Elfreda Burgher                              Chapter 13

_____Debtor._____/

**SECURED CREDITOR'S OBJECTION
TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN (Doc. No. 66)**

COMES NOW, Secured Creditor, Nationstar Mortgage LLC, by and through its undersigned attorney, and hereby files its objection to Debtor's first amended Chapter 13 plan and in support, states as follows:

1. On July 8, 2015, Debtor filed a first amended Chapter 13 plan that proposes to attempt mortgage modification mediation for the property located at 1735 Annandale Circle, Royal Palm Beach, FL, 33411.

2. As of the date of the filing of this objection, the debtor has not filed the required separate motion for mediation.

WHEREFORE, Secured Creditor, Nationstar Mortgage LLC prays that this Honorable Court deny confirmation of Debtor's first amended Chapter 13 plan or, in the alternative, compel Debtor to file a motion for mortgage modification mediation under the Court's mediation program and for any other relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in Compliance with additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail and/or via CM/ECF electronic filing this 10th day of August, 2015, to the following:

Sharon Elfreda Burgher, 1735 Annandale Circle, Royal Palm Beach, FL 33411

Robert J. Bigge, Jr., Esq, 915 Middle River Drive, Suite 401, Fort Lauderdale, FL 33304

Robin R. Weiner, POB 559007, Fort Lauderdale, FL 33355

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

  /s/ Christopher Giacinto_____
Christopher Giacinto
FL Bar # 55866
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5273
Fax: (813) 880-8800
E-mail: cgiacinto@logs.com

14-281791